IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| SAMUEL BURNINGHAM,<br><br>    Plaintiff,<br><br>v.<br><br>SEAGULL BOOK & TAPE, INC.,<br><br>    Defendant. | **ORDER GRANTING<br>MOTION TO DISMISS**<br><br>Case No. 2:17-cv-0779-CW<br><br>Judge Clark Waddoups |

This matter is before the court on a Motion to Dismiss filed by Defendant Seagull Book & Tape, Inc.  A hearing on the motion was held before the Honorable Clark Waddoups on May 2, 2018.  James K. Ord, III appeared on behalf of Plaintiff and Jared M. Asbury appeared on behalf of Defendant.  After due consideration of the parties' filings and oral arguments, and otherwise being fully advised,

IT IS HEREBY ORDERED, for the reasons stated on the record, that Defendant's Motion to Dismiss (ECF No. 9) is GRANTED.  The court DISMISSES this case WITHOUT PREJUDICE and directs the Clerk of Court to close the case.  Each party shall bear one's own costs and fees.

DATED this 3rd day of May, 2018.

                                        BY THE COURT:

                                        _____
                                        Clark Waddoups
                                        United States District Court Judge